IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tron Manvel Littlejohn, #250174 | ) | C.A. No. 4:08-cv-0383-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Jon Ozmint, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, Tron Manvel Littlejohn ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on February 6, 2008. (Doc. #1). The defendants filed a Motion for Summary Judgment on August 11, 2008. (Doc. #46).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #52). In the Report, the Magistrate Judge recommends that the District Court dismiss the action, with prejudice, because of the plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b). (Doc. #52). Following the issuance of the Report, the plaintiff filed a "Motion for Enlargement of Time to Answer Defendants' Motion for Summary Judgment and Submit Objections." (Doc. #56). Before this Court ruled on the "Motion for Enlargement of Time," the plaintiff filed a document captioned "Answer and Respond To Report and Recommendation of United States magistrate Judge Thomas E. Rogers, III." (Doc. #57). Though the caption of this particular document is ambiguous, the substance of the document, in certain respects, addresses the

defendants' Motion for Summary Judgment. In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.
>
> Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992)

(citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the supplemental filing of the petitioner. This Court remands this case to the Magistrate Judge to determine if plaintiff's supplemental filing, (Doc. #57), should be considered a "Response" to the defendants' Motion for Summary Judgment, and for consideration on the merits. In the alternative, the Magistrate Judge may choose to allow the plaintiff a short period of time to supplement any "Response" to the Motion for Summary Judgment, and may then prepare a Report and Recommendation in this case.

This case is hereby remanded to the Magistrate Judge for consideration as set forth herein.

**IT IS SO ORDERED**.

s/Terry L. Wooten<br>United States District Judge

January 12, 2009
Florence, South Carolina